**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

ARNOLD WADE RACKLEY                                                      PLAINTIFF

v.                        NO. 3:11CV00058 JLH/HDY

LARRY MILLS, Sheriff,
POINSETT COUNTY, ARKANSAS, *et al.*                        DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's claims against the Poinsett County Detention Center are DISMISSED WITH PREJUDICE, and the detention center's name is removed as a party defendant.

IT IS SO ORDERED this 19th day of April, 2011.

                                              *J. Leon Holmes*
                                        UNITED STATES DISTRICT JUDGE